947 A.2d 194

**SOUTH END ENTERPRISES, INC., Appellant**

v.

**CITY OF YORK, Appellee.**

Supreme Court of Pennsylvania.

Argued May 12, 2008.

Decided May 15, 2008.

Thompson J. McCullough, Esq., York, for South End Enterprises, Inc.

Donald Byrne Hoyt, Esq., Shaleeta Rhoshawn Washington, Esq., York, for City of York.

CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD and McCAFFERY, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of May 2008, the Court being evenly divided, the Order of the Commonwealth Court is affirmed.